**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| |
|---|
| **JOEL ARNOLDO PENA, individually and on behalf of all other persons similarly situated who were employed by DISCOVER CONSTRUCTION, LLC and/or any other entities affiliated with, controlling, or controlled by DISCOVER CONSTRUCTION, LLC, and JOHNNY SALVADOR, Individually,** |
| Plaintiffs, |
| vs. |
| **DISCOVER CONSTRUCTION, LLC and/or any other entities affiliated with, controlling, or controlled by DISCOVER CONSTRUCTION, LLC, and JOHNNY SALVADOR, Individually,** |
| Defendants. |

**Civil Action No.: 3:21-cv-18462**

**NOTICE OF MOTION**

**PLEASE TAKE NOTICE** that upon the annexed Declaration of Andrew Glenn, Esq. sworn to on May 14, 2024, and all exhibits attached thereto, along with the memorandum of law in support, the undersigned will respectfully move the United States District Court for the District of New Jersey,  located at the Clarkson S. Fisher Building & U.S. Courthouse, 402 East State Street Trenton, NJ 08608, before the Honorable Rukhsanah L. Singh, U.S.M.J.,  on May 21, 2024, at 10:00 a.m., for Plaintiffs' unopposed motion for an Order to (1) approve the settlement as fair, reasonable, and adequate for both Rule 23 Class Members and FLSA Collective Members, (2) bind all Rule 23 and FLSA Class Members who have not timely opted in to the Action as set forth in the Stipulation and Settlement and Release Agreement, (3) award Class Counsel attorneys' fees

and costs in the amount equal to $400,975.00, (4) award service awards to Named Plaintiff Joel Arnoldo Pena and Class Representatives Miguel Torres and Gomes Maximiano, and (5) dismiss the litigation with prejudice against Defendants pending the full payment of the Final Settlement Amount.

Dated: May 14, 2024

> Respectfully Submitted,
>
> Jaffe Glenn Law Group, P.A.
> */s/Andrew I. Glenn, Esq.*
> aglenn@jaffeglenn.com
> Jodi J. Jaffe, Esq.
> jjaffe@jaffeglenn.com
> 300 Carnegie Center, Suite 150
> Princeton, NJ 08540
> Tel: (201 687-9977
> *Attorneys for Plaintiffs and the Settlement Class*